AO 440 (Rev. 1/90) Summons in a Civil Action

# United States District Court

| CENTRAL | DISTRICT OF | ILLINOIS |

URBANA DIVISION

UNITED STATES OF AMERICA,

v.

MICHAEL SKINNER

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 07-2102

TO: MICHAEL SKINNER
23 PERSIMMON DRIVE
CHAMPAIGN, IL 61820

**YOU ARE HEREBY SUMMONED** and required to file with the Clerk of this Court and serve upon

PLAINTIFF'S ATTORNEY (name and address)

James A. Lewis
Assistant United States Attorney
318 S. 6th Street
Springfield, IL 62701
Tel: 217/492-4450

an answer to the complaint which is herewith served upon you, within __20__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

s/John M. Waters
CLERK

s/V. Ball
(By) DEPUTY CLERK

DATE 8/28/07