U.S. Department of Justice
United States Marshals Service

**PROCESS RECEIPT AND RETURN**
See Instructions for "Service of Process by the U.S. Marshal"
on the reverse of this form.

| PLAINTIFF | | COURT CASE NUMBER |
|---|---|---|
| UNITED STATES OF AMERICA | RECEIVED | 07-2102' |
| DEFENDANT | | TYPE OF PROCESS |
| MICHAEL SKINNER | OCT 1 8 2007 | Summons & Complaint |

**SERVE AT**

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
MICHAEL SKINNER         U.S. CLERK'S OFFICE  PEORIA, ILLINOIS

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
2606 E. Florida Ave.          or 23 Persimmon Dr.          possible phone #
Urbana, IL 61802-4726         Champaign, IL 61820-2345     217-355-3739

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

United States Attorneys Office
Financial Litigation Unit/MAB
318 S. 6th Street
Springfield, IL 62701

| | |
|---|---|
| Number of process to be served with this Form - 285 | 1 |
| Number of parties to be served in this case | 1 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

debt collection case

Signature of Attorney or other Originator requesting service on behalf of:
AUSA Elizabeth L. Collins for AUSA James A. Lewis     [X] PLAINTIFF  [ ] DEFENDANT

TELEPHONE NUMBER: 217-492-4450     DATE: 8/27/07

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin No. 26 | District to Serve No. 4 | Signature of Authorized USMS Deputy or Clerk | Date 8-29-7 |
|---|---|---|---|---|---|

[X] I hereby certify and return that I have personally served, [ ] have legal evidence of service, [ ] have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

[ ] I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above):
MICHAEL SKINNER

Address (complete only if different than shown above):
NEW HOME ADDRESS - 731 S. VINE ST. URBANA, IL 61802
SERVED DURING WORK HOURS: YELLOW CAB 1200 HAGAN DR CHAMPAIGN IL

[ ] A person of suitable age and discretion then residing in the defendant's usual place of abode.

Date of Service: 10/4/07     Time: 5:15 pm

Signature of U.S. Marshal or Deputy: Don J. [illegible]

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|

REMARKS:
09/25 - END. 5 mile RT ($2.43), 1 OSM 1 HR ($45.00) TN
09/27 END 7 mile RT ($3.40), 1 OSM 1 HR ($45.00) TN
10/4 - SERVED 3 mile RT ($1.46), 1 OSM 1 HR ($45.00) TN

PRIOR EDITIONS MAY BE USED          **1. CLERK OF THE COURT**          FORM USM-285 (Rev. 12/15/80)

AO 440 (Rev. 1/90) Summons in a Civil Action

# United States District Court

| CENTRAL | DISTRICT OF | ILLINOIS |

URBANA DIVISION

UNITED STATES OF AMERICA,

SUMMONS IN A CIVIL ACTION

v.

MICHAEL SKINNER

CASE NUMBER: 07-2102

TO: MICHAEL SKINNER
23 PERSIMMON DRIVE
CHAMPAIGN, IL 61820

**YOU ARE HEREBY SUMMONED** and required to file with the Clerk of this Court and serve upon

**PLAINTIFF'S ATTORNEY** (name and address)

James A. Lewis
Assistant United States Attorney
318 S. 6th Street
Springfield, IL 62701
Tel: 217/492-4450

an answer to the complaint which is herewith served upon you, within __20__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

S/John M. Waters

CLERK

S/Veronica Ball

BY DEPUTY CLERK

8/28/07

DATE

AO 440 (Rev. 1/90) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and Complaint was made by me[1] | DATE |
| NAME OF SERVER (PRINT) | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____
           Date

_____
Signature of Server

_____
Address of Server

---

[1] As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.