# IN THE UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS
### URBANA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL NO. 07-2102 |
| | ) |
| MICHAEL SKINNER, | ) |
| | ) |
| Defendant. | ) |

### NOTICE OF HEARING ON MOTION FOR DEFAULT JUDGMENT

**TO:   MICHAEL SKINNER**
**731 S. Vine Street**
**Urbana, IL 61802**

**PLEASE TAKE NOTICE** that we will appear on the November 19, 2007, at 1:15 p.m., or as soon thereafter as the matter may be heard, in the United States District Court, 201 S. Vine Street, Urbana, Illinois, and will call for hearing on Motion to Enter Default Judgment in the above entitled-case and you may be present at said time if you so desire.

**DATED:** November 2, 2007

Respectfully submitted,

**RODGER A. HEATON**
**UNITED STATES ATTORNEY**

s/ James A. Lewis
By:   James A. Lewis, NC Bar # 5470
Attorney for Plaintiff
United States Attorney's Office
318 S. 6th Street
Springfield, Il 62701
Tel: 217-492-4450
Fax: 217-492-4888
E-mail: Jim.Lewis2@usdoj.gov

**CERTIFICATE OF SERVICE**

It is hereby certified that service of the foregoing **NOTICE** and **MOTION FOR DEFAULT JUDGMENT** has this November 2, 2007, been made upon the following individual(s) by depositing a copy thereof in the United States mail, postage prepaid, addressed to:

>Michael Skinner
>731 S. Vine Street
>Urbana, IL 61802

By:  s/ James A. Lewis
     James A. Lewis, NC Bar No. 5470
     Attorney for the Plaintiff
     United States Attorney's Office
     318 S. 6th Street
     Springfield, Illinois 62701
     Tel: 217-492-4450
     Fax: 217-492-4888
     E-mail: Jim.Lewis2@usdoj.gov