## IN THE UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS
## URBANA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL NO. 07-2102 |
| | ) |
| MICHAEL SKINNER, | ) |
| | ) |
| Defendant. | ) |

### MOTION FOR DEFAULT JUDGMENT

Plaintiff United States of America moves, pursuant to Rule 55, Fed. R. Civ. P., for a Default Judgment against the defendant, MICHAEL SKINNER, on grounds that:

1. The United States of America has filed a Complaint seeking affirmative relief against the defendant, MICHAEL SKINNER;

2. The Defendant was regularly served with the Complaint and Summons on October 4, 2007, and a copy of the Marshals Process Receipt and Return is attached and marked as Exhibit 1;

3. The Defendant has failed to plead or otherwise defend, and the time to plead or otherwise defend has expired;

4. To the best of the government's knowledge and belief, the Defendant is not an infant or incompetent person and is not in the military service within the purview of the Soldiers' and Sailors' Civil Relief Act of 1940, as amended, and an Affidavit in Support of this belief is attached and marked as Exhibit 2; and

5. The claim of the United States of America is for a sum certain for the recovery of the amount due of $5,658.80 (comprising of $2,723.64 principal, $2,450.16 agency accumulated interest, $135.00 marshal's costs, plus $250.00 court costs), together with additional interest at the

rate of 8% from March 26, 2007, until the date of this Judgment (i.e. $0.60 per day) and with future cost and interest at the legal rate pursuant to 28 U.S.C. §1961(a) and shall be computed daily and compounded annually until paid in full; and the claim is evidenced by supporting documents which are attached and marked as Exhibit 3.

    **WHEREFORE,** the United States of America respectfully requests that this Court enter Default Judgment against the Defendant, MICHAEL SKINNER, in the above-entitled matter.

Respectfully submitted,

**RODGER A. HEATON**
**UNITED STATES ATTORNEY**

November 2, 2007

By:  s/ James A. Lewis
James A. Lewis, NC Bar # 5470
Attorney for Plaintiff
United states Attorney's Office
318 S. 6th Street
Springfield, Il 62701
Tel: 217-492-4450
Fax: 217-492-4888
E-mail: Jim.Lewis2@usdoj.gov

## CERTIFICATE OF SERVICE

It is hereby certified that service of the foregoing **NOTICE** and **MOTION FOR DEFAULT JUDGMENT** has this November 2, 2007, been made upon the following individual(s) by depositing a copy thereof in the United States mail, postage prepaid, addressed to:

    Michael Skinner
    731 S. Vine Street
    Urbana, IL 61802

            s/ James A. Lewis
By:   James A. Lewis, NC Bar No. 5470
      Attorney for the Plaintiff
      United States Attorney's Office
      318 S. 6th Street
      Springfield, Illinois 62701
      Tel: 217-492-4450
      Fax: 217-492-4888
      E-mail: Jim.Lewis2@usdoj.gov