E-FILED
Friday, 02 November, 2007 02:23:57 PM
Clerk, U.S. District Court, ILCD

2:07-cv-02102-HAB-DGB    # 4    Page 1 of 3

E-FILED
Monday, 22 October, 2007 03:54:15 PM
Clerk, U.S. District Court, ILCD

**U.S. Department of Justice**
**United States Marshals Service**

**PROCESS RECEIPT AND RETURN**
*See Instructions for "Service of Process by the U.S. Marshal on the reverse of this form.*

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| UNITED STATES OF AMERICA | 07-2102' |
| DEFENDANT | TYPE OF PROCESS |
| MICHAEL SKINNER | Summons & Complaint |

RECEIVED OCT 1 8 2007 U.S. CLERK'S OFFICE PEORIA, ILLINOIS

**SERVE** → NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
MICHAEL SKINNER

**AT** ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
2606 E. Florida Ave
Urbana, IL 61802-4726
or 23 Persimmon Dr.
Champaign, IL 61820-2345

possible phone #
217-355-3739

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

United States Attorneys Office
Financial Litigation Unit/MAB
318 S. 6th Street
Springfield, IL 62701

| | |
|---|---|
| Number of process to be served with this Form - 285 | 1 |
| Number of parties to be served in this case | 1 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (*Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service*):
Fold                                                  debt collection case                                                  Fold

Signature of Attorney or other Originator requesting service on behalf of:
AUSA Elizabeth L. Collins for AUSA James A. Lewis
☒ PLAINTIFF
☐ DEFENDANT
TELEPHONE NUMBER: 217-492-4450
DATE: 8/27/07

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin No. 26 | District to Serve No. 4 | Signature of Authorized USMS Deputy or Clerk | Date 8-29-7 |

I hereby certify and return that I ☒ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (*if not shown above*)
MICHAEL SKINNER

Address (*complete only if different than shown above*)
NEW HOME ADDRESS - 731 S. VINE ST. URBANA, IL 61802
SERVED DURING WORK HOURS: YELLOW CAB 1200 HAGAN DR CHAMPAIGN IL

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Date of Service: 10/4/07    Time: 5:15 pm

Signature of U.S. Marshal or Deputy
Don J. Nowick

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |

REMARKS:
09/25 - END. 5 m.le at ($2.43), 1 OSM 1 hr ($45.00) TN
09/27 END 7 m.le at ($3.40), 1 OSM 1 hr ($45.00) TN
10/4 - SERVED 3 m.le at ($1.46), 1 OSM 1 hr ($45.00) TN

PRIOR EDITIONS MAY BE USED    **1. CLERK OF THE COURT**    FORM USM-285 (Rev. 12/15/80)

EXHIBIT 1

IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL NO. 07-2102 |
| | ) |
| MICHAEL SKINNER, | ) |
| | ) |
| Defendant. | ) |

**AFFIDAVIT FOR DEFAULT AND JUDGMENT**

State of Illinois      )
County of Sangamon  )

James A. Lewis, being first duly sworn, deposes and says that:

1. I am an Assistant United States Attorney for the Central District of Illinois, and represent the Plaintiff in the above-entitled and numbered action;

2. That on , the Defendant was duly served with a copy of the Summons and Complaint in this action within the Central District of Illinois;

3. The Defendant has failed to appear, plead, or otherwise defend herein within the time allowed and therefore is now in default;

4. To my best information and belief, based on appropriate inquiry, including access to the Defense Manpower Data Center website, the Defendant is not an infant or incompetent person and not in the military service within the purview of the Soldiers' and Sailors' Civil Relief Act of 1940, as amended;

**EXHIBIT 2**

5. The claim of the Plaintiff is for a sum certain for the recovery of a U.S. Department of Education Student Loan Default; and

6. The amount due is $5,658.80 (comprising of $2,723.64 principal, $2,450.16 agency accumulated interest, $135.00 marshal's costs, plus $250.00 court cost), together with additional interest at the rate of 8% from March 26, 2007, until the date of this Judgment (i.e., $0.60 per day), and with future costs and interest from the date of Judgment at the legal rate pursuant to 28 U.S.C. §1961(a) and shall be computed daily and compounded annually until paid in full.

This Affidavit is made in compliance with Rule 55 (a) and (b), Fed. R. Civ. P., for the purpose of requesting the Court to enter Default and Judgment against the Defendant in the amount set forth above.

November 2, 2007

By:  s/ James A. Lewis
James A. Lewis, NC Bar # 5470
Attorney for Plaintiff
United States Attorney's Office
318 S. 6th Street
Springfield, IL 62701
Tel: 217-492-4450
Fax: 217-492-4888
E-mail: Jim.Lewis2@usdoj.gov

Pursuant to Title 28, Section 1746, I declare under penalty of perjury that the foregoing is true and correct.

DATED: November 2, 2007

s/ James A. Lewis
James A. Lewis, Assistant U.S. Attorney

**E-FILED**
Thursday, 24 May, 2007  02:35:43 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) COURT NO. 07- 2102 |
| | ) |
| MICHAEL SKINNER, | ) |
| | ) |
| Defendant. | ) |

## COMPLAINT

1. Plaintiff is the United States. Jurisdiction is based on 28 U.S.C. §1345.

2. Defendant MICHAEL SKINNER resides in Champaign, IL 61801, which is in the Central District of Illinois, .

3. Defendant is indebted to Plaintiff in the amount of $5,523.80 (comprising of $2,723.64 principal, $2,450.16 agency accumulated interest, plus $250.00 court costs and $50 Surcharge), together with additional interest at the rate of 8.00% from March 26, 2007, until the date of Judgment (i.e., $0.60 per day). (See Exhibit A, attached.)

4. Due demand has been made upon Defendant; Defendant has failed, neglected and refused, and continues to fail, neglect and refuse to reimburse Plaintiff.

**EXHIBIT 3**

- 2 -

**WHEREFORE**, Plaintiff prays for Judgment against said Defendant in the above amount, plus interest from the date of Judgment at the legal rate until paid in full, and other proper relief.

Respectfully submitted,

**DATED**: May 24, 2007

**RODGER A. HEATON**
**UNITED STATES ATTORNEY**

s/James A. Lewis
By: James A. Lewis, NC Bar No. 5470
Attorney for the Plaintiff
United States Attorneys Office
318 S. 6th Street
Springfield, Illinois 62701
Tel: 217-492-4450
Fax: 217-492-4888 or 492-4580
E-mail: Jim.Lewis2@usdoj.gov

E-FILED
Thursday, 24 May, 2007 02:55:20 PM
Clerk, U.S. District Court, ILCD

U. S. DEPARTMENT OF EDUCATION
SAN FRANCISCO, CALIFORNIA

**CERTIFICATE OF INDEBTEDNESS #1 of 1**

Michael Skinner
Aka: Michael L. Skinner,
Mike L. Skinner
23 Persimmon Dr.
Champaign, IL 61820-2345
Account No: 360589344

I certify that Department of Education records show that the borrower named above is indebted to the United States in the amount stated below plus additional interest from 03/26/07.

On or about 09/24/87, the borrower executed promissory note(s) to secure loan(s) of $2,625.00, from Champaign National Bank at 8.00 percent interest per annum. This loan obligation was guaranteed by Illinois Student Assistance Commission and then reinsured by the Department of Education under loan guaranty programs authorized under Title IV-B of the Higher Education Act of 1965, as amended, 20 U.S.C. 1071 et. seq. (34 CFR Part 682). The holder demanded payment according to the terms of the note(s), and credited $0.00 to the outstanding principal owed on the loan(s). The borrower defaulted on the obligation on 11/25/89, and the holder filed a claim on the guarantee.

Due to this default, the guaranty agency paid a claim in the amount of $2,883.89 to the holder. The guarantor was then reimbursed for that claim payment by the Department under its reinsurance agreement. Pursuant to 34 C.F.R. § 682.410(b)(4), once the guarantor pays on a default claim, the entire amount paid becomes due to the guarantor as principal. The guarantor attempted to collect this debt from the borrower. The guarantor was unable to collect the full amount due, and on 04/13/95, assigned its right and title to the loan(s) to the Department.

Since assignment of the loan, the Department has received a total of $1,075.00 in payments from all sources, including Treasury Department offsets, if any, to the balance. After application of these payments, the borrower now owes the United States the following:

| | |
|---|---|
| Principal | $2,723.64 |
| Interest: | $2,450.16 |
| Total debt as of 03/26/07: | $5,173.80 |

Interest accrues on the principal shown here at the rate of $0.60 per day.

Pursuant to 28 U.S.C. § 1746(2), I certify under penalty of perjury that the foregoing is true and correct.

Executed on: 4/26/07                Name: Alberto Francisco
                                          Loan Analyst
                                          Senior Loan Analyst
                                          Litigation

EXHIBIT A