**IN THE UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF ILLINOIS**
**URBANA DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL NO. 07-2102 |
| | ) |
| MICHAEL SKINNER, | ) |
| | ) |
| Defendant. | ) |

**DEFAULT JUDGMENT**

In this action for judgment, MICHAEL SKINNER, having been regularly served with the Summons and Complaint and having failed to plead or otherwise defend, the legal time for pleading or otherwise defending having expired, therefore the default of MICHAEL SKINNER, is duly entered by the Court according to law; upon the application of the United States of America, Judgment is hereby entered against MICHAEL SKINNER, in the amount of $5,658.80 (comprising of $2,723.64 principal, $2,450.16 agency accumulated interest, $135.00 marshal's cost, plus $250.00 court costs), together with additional interest at the rate of 8% from March 26, 2007, until the date of this Judgment (i.e., $0.60 per day), and with future costs and interest from the date of Judgment at the legal rate pursuant to 28 U.S.C. §1961(a) and shall be computed daily and compounded annually until paid in full.

ENTERED this 19th day of November, 2007

**s/ Michael P. McCuskey**
MICHAEL P. McCUSKEY
CHIEF U.S. DISTRICT JUDGE