# United States District Court
## CENTRAL DISTRICT OF ILLINOIS

# JUDGMENT IN A CIVIL CASE

**UNITED STATES OF AMERICA**

vs.                                                                            Case Number:   **07-2102**

**MICHAEL SKINNER**

☐ **DECISION BY THE COURT**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

  **IT IS ORDERED AND ADJUDGED** that judgment is hereby entered against MICHAEL SKINNER, in the amount of $5,658.80 (comprising of $2,723.64 principal, $2,450.16 agency accumulated interest, $135.00 marshal's cost, plus $250.00 court costs), together with additional interest at the rate of 8% from March 26, 2007,  until the date of this Judgment (i.e., $0.60 per day), and with future costs and interest from the date of Judgment at the legal rate pursuant to 28 U.S.C. §1961(a) and shall be computed daily and compounded annually until paid in full.

ENTER this 19th day of November, 2007

s/John M. Waters
_____
JOHN M. WATERS, CLERK

s/V. Ball
_____
BY:  DEPUTY CLERK